UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
UNITED STATES OF AMERICA,

-v-

TOSHNELLE FOSTER,

                Defendant.
-------------------------------------X

11CR576-13 (DLC)

ORDER

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that CJA counsel Kenneth A. Paul is appointed nunc pro tunc as of January 10, 2020 to represent the defendant on the violation of supervised release.

Dated:    New York, New York
          February 4, 2020

_____
DENISE COTE
United States District Judge