```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK
                   ------------------------------x

                   UNITED STATES OF AMERICA,

                            v.                          11 CR 576 (WHP)

                   KEVIN PINERO,

                                 Defendant.             REMOTE TELECONFERENCE
                                                        (Change of Counsel)
                   ------------------------------x

                                                        New York, N.Y.
                                                        August 18, 2020
                                                        9:00 a.m.


                   Before:

                              HON. WILLIAM H. PAULEY III,

                                                        District Judge


                                       APPEARANCES


                   AUDREY STRAUSS,
                        Acting United States Attorney for the
                        Southern District of New York
                   ANDREW ROHRBACH
                        Assistant United States Attorney

                   RICHARD SIGNORELLI
                        Outgoing Attorney for Defendant

                   PETER BRILL
                        Incoming Attorney for Defendant
```

1             (Remote teleconference)
2             THE COURT:  This is a conference in *United States v.*
3    *Kevin Pinero*.
4             Would counsel for the government give his appearance.
5             MR. ROHRBACH:  Good morning, your Honor.
6             This is Andrew Rohrbach, for the government.
7             THE COURT:  Good morning, Mr. Rohrbach.
8             Would counsel for the defendant, Mr. Pinero, give his
9    appearance.
10            MR. SIGNORELLI:  Good morning, your Honor.
11            Richard Signorelli.
12            THE COURT:  Good morning, Mr. Signorelli.
13            And Mr. Pinero, are you able to hear and understand
14   what's being said in this proceeding this morning?
15            THE DEFENDANT:  Yes, sir.
16            THE COURT:  And Mr. Pinero, do you consent to
17   proceeding by way of teleconference, as opposed to an in-person
18   appearance in court for this conference?
19            THE DEFENDANT:  Yes, sir.
20            THE COURT:  Very well.
21            And Mr. Brill, would you give your appearance for the
22   court reporter.
23            MR. BRILL:  Certainly, your Honor.
24            It's Peter Brill, B-R-I-L-L, CJA counsel.
25            THE COURT:  All right.  Mr. Signorelli, I set this

1  matter down for a conference following my receipt of your
2  letter dated August 3, 2020, telling me that there's been an
3  irreparable breakdown in communications between you and your
4  client, and a difference of opinion as to overall case strategy
5  and related issues.
6           Mr. Pinero, have you seen a copy of Mr. Signorelli's
7  letter?
8           THE DEFENDANT:  Yes, sir.
9           THE COURT:  And is it true that you are no longer able
10 to work with your attorney, Mr. Signorelli, on this matter?
11          THE DEFENDANT:  Yes, sir.
12          THE COURT:  And do you wish the Court to appoint new
13 counsel for you?
14          THE DEFENDANT:  Yes, sir.
15          THE COURT:  All right.
16          Well, I'm going to do that, Mr. Pinero, which is why
17 I've asked Mr. Brill to be present for this proceeding.  But I
18 am going to note that Mr. Brill will be the third attorney to
19 represent you in connection with this matter.  And I'm really
20 not going to countenance additional efforts by you to change
21 counsel again.
22          You've had, in my view, highly competent attorneys who
23 previously represented you in this matter, both Mr. Baum from
24 the Federal Defenders, and Mr. Signorelli.  They are both
25 attorneys who are well-known to this Court.

K8IVPINC

          But I am going to respect your view that you can no longer work with Mr. Signorelli, and I'm going to appoint Mr. Brill in his place instead as your counsel.

          Now, Mr. Signorelli, I trust that you will cooperate in every way with Mr. Brill in an orderly transfer of the file of this matter?

          MR. SIGNORELLI:  Yes, your Honor, quite immediately.

          And everything can be done remotely and electronically, as well as whatever verbal communications are needed to make sure this transition is as smooth as possible.

          THE COURT:  Very well.

          Now, I'm going to thank you, Mr. Signorelli, for your service to the Court in connection with this matter.

          And I'd ask Mr. Rohrbach, for the benefit of the Court and Mr. Brill, would you just briefly describe the current status of this matter.

          MR. ROHRBACH:  Certainly, your Honor.

          We are before the Court for a resentencing following a vacatur of one of the defendant's convictions, in light of the Supreme Court's decision in *United States v. Davis*.

          Mr. Baum and the government filed resentencing letters toward the end of last year.  And at the moment, the resentencing is scheduled for, I believe, October 1st of this year.  And there is a status report concerning timelines for filing, new sentencing submissions that I believe is due to the

1  Court on August 28th.
2          MR. SIGNORELLI:  If I may, your Honor, this is Richard
3  Signorelli.  I believe that August 28th date was a joint status
4  report as opposed to an actual -- an additional resentencing
5  submission.
6          MR. ROHRBACH:  This is Andrew Rohrbach, for the
7  government.
8          I agree with Mr. Signorelli.  I anticipated we would
9  be discussing the possibility of filing an additional
10 sentencing submission.
11         THE COURT:  All right.  But that would be the subject
12 of, in part, the status report.
13         So it seems to me, Mr. Brill, as incoming attorney,
14 that you're going to need some time to review this matter and
15 to review the file and to confer with your client.
16         And so I am prepared to fix a new date for the
17 submission of a status report.  And I also note that
18 Mr. Signorelli had pointed out that the sentencing is
19 currently -- resentencing is currently scheduled for October 1.
20 And that may not be a realistic date, given your appearance in
21 the case today and the ongoing COVID pandemic, given the
22 defendant's desire to appear for resentencing in person.
23         So let me begin by asking you how much time you'd like
24 to review this matter with your client, and to confer with
25 Mr. Rohrbach in order to prepare a joint status report to the

1   Court.
2           MR. BRILL:  Your Honor had requested a videoconference
3   with Mr. Pinero, which we hopefully will be having in the next
4   few days; but I imagine I'll have to have more than one, given
5   the relatively short time.
6           Could we do possibly three weeks for the status
7   report?
8           THE COURT:  Yes, sure.  I'll extend it by three weeks
9   then to September 18th.
10          All right.  So I'll require the parties to submit a
11  joint status report on September 18.  And I'll set the matter
12  down for a further conference after I see that status report on
13  September 25.  And 9 o'clock worked well this morning, so let's
14  shoot for 9 o'clock on September 25.  And at that point I'll
15  consider whatever additional briefing the parties are proposing
16  to file, and fix a sentencing date, a resentencing date.
17          Are there any other issues that counsel wish to raise
18  this morning?
19          Mr. Rohrbach?
20          MR. ROHRBACH:  Nothing from the government.
21          Thank you, your Honor.
22          THE COURT:  Mr. Brill?
23          MR. BRILL:  No, your Honor.  Thank you.
24          THE COURT:  All right.  Thank you, all.
25          Have a good day and stay safe.   (Adjourned)